# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIA THOMAS,** | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 10-2175 |
| | : | |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 16th day of June 2011, upon consideration of plaintiff's Complaint, requesting review of an adverse decision of the Commissioner of the Social Security Administration dated August 15, 2008 (Document No. 3, filed May 13, 2010), Plaintiff's Motion for Summary Judgment (Document No. 10, filed September 16, 2010), Defendant's Response to Request for Review of Plaintiff (Document No. 11, filed October 19, 2010) and Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (Document No. 12, filed October 29, 2010), after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Document No. 18, filed May 4, 2011), Plaintiff's Objections to Magistrate's Report and Recommendations (Document No. 19, filed May 9, 2011) and Defendant's Response to Plaintiff's Objections to the Report and Recommendation of Magistrate Judge M. Faith Angell (Document No. 20, filed May 26, 2011), for the reasons set forth in the Memorandum dated June 16, 2011, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge M. Faith Angell

(Document No. 18, filed May 4, 2011) is **APPROVED AND ADOPTED** as modified by the Memorandum dated June 16, 2011;

    2. Plaintiff's Motion for Summary Judgment (Document No. 10, filed September 16, 2010) is **DENIED**;

    3. Plaintiff's Request for Review of the adverse decision of the Commissioner of the Social Security Administration dated August 15, 2008 is **DENIED**;

    4. Plaintiff's Objections to Magistrate's Report and Recommendations (Document No. 19, filed May 9, 2011) are **OVERRULED**; and

    5. The Clerk of Court shall **MARK** the case **CLOSED**.

**BY THE COURT:**

 /s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**